1  HEATHER WILLIAMS, Bar #122664
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   RICHARD ANTHONY PACLI
6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            )   NO. CR.S-12-272-WBS
                                         )
11                      Plaintiff,       )
                                         )   **STIPULATION AND [PROPOSED] ORDER;**
12       v.                              )   **CONTINUING STATUS CONFERENCE AND**
                                         )   **EXCLUDING TIME**
13  RICHARD ANTHONY PACLI,               )
                                         )   Date:   June 3, 2013
14                      Defendant.       )   Time:  9:30 a.m.
                                         )   Judge: Hon. William B. Shubb
15                                       )
                                         )
16  _____     )

17

18       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney

20  for RICHARD ANTHONY PACLI, that the status conference date of  May 13, 2013, be vacated, and the

21  matter be set for status conference on June 3, 2013, at 9:30 a.m.

22       Defense counsel represents the reason for this continuance is that additional time is needed because

23  Mr. Pacli is in the process of discussing his case with private counsel and considering a change of his

24  attorneys.  Private counsel also needs to discuss Mr. Pacli's case with current appointed defense counsel in

25  detail, in particular, the potential consequences of electing to proceed to jury trial in contrast to the potential

26  consequences of resolving this case by guilty plea pursuant to a settlement suggestion that the prosecutor has

27  discussed with current appointed defense counsel. In addition, any defense counsel, whoever Mr. Pacli chooses

28  to represent him, needs additional time  to continue investigating the facts of the case and preparing for trial

1   in the event that the case proceeds to trial.

2   Based upon the foregoing, the parties agree that computation of time within which the trial of this case

3   must be commenced under the Speedy Trial Act should be excluded from the date of the parties' stipulation

4   of May 9, 2013, through and including the new June 3, 2013, status conference, pursuant to 18 U.S.C. §3161

5   (h)(7)(A)and (B)(iv) and Local Code T4, both pertaining to obtaining defense counsel and reasonable time

6   for defense counsel to prepare.  The parties further stipulate that the Court shall find that the ends of justice

7   to be served by granting of the requested continuance outweigh the best interests of the public and the

8   defendant in a speedy trial.

9

10   DATED:  May 10, 2013.                    Respectfully submitted,

11                                            HEATHER WILLIAMS
                                             Federal Public Defender
12
                                             /s/ Courtney Fein
13                                           COURTNEY FEIN
                                             Designated Counsel for Service
14                                           Attorney for RICHARD PACLI

15
                                             BENJAMIN B. WAGNER
16                                           United States Attorney

17                            By:            /s/ Courtney Fein for
                                             SAMUEL WONG
18                                           Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

2

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 13, 2013, status conference hearing be continued to June 3, 2013, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that:  (1) additional time is needed for defendant to consider staying with current appointed defense counsel or retaining new private counsel and deciding which attorney will represent him; and (2) the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time beginning from the date of the parties' stipulation, May 9, 2013, up to and including the June 3, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 [obtaining defense counsel and reasonable time for defense counsel to prepare]..

Dated:     May 10, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3