HEATHER WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant
RICHARD PACLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 12-272-WBS |
| Plaintiff, ) | **SUBSTITUTION OF ATTORNEY** |
| v. ) | |
| RICHARD PACLI, ) | |
| Defendant. ) | |
| _____ ) | |

It is respectfully requested that Assistant Federal Defender COURTNEY FEIN and the Office of the Federal Defender be relieved as attorney of record in the above captioned case and that COURTNEY FEIN, Attorney at Law, P.O. Box 191552, Sacramento, California, 95819; telephone number (916) 382-4792, be substituted in as appointed counsel for Mr. Richard Pacli.

Dated:  July 23, 2013                    Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ *Courtney Fein*
                                         COURTNEY FEIN
                                         Assistant Federal Defender
                                         Attorney for Defendant

I accept the substitution and ask to be appointed.

DATED:  July 23, 2013                              /s/ Courtney Fein
                                                   COURTNEY FEIN
                                                   Attorney at Law

I consent to the substitution.

DATED:  July 23, 2013                              /s/  Rachard Pacli
                                                   RICHARD PACLI
                                                   Defendant

# **O R D E R**

IT IS HEREBY ORDERED, effective August 1, 2013, the Office of the Federal Defender is relieved as counsel and Courtney Fein is appointed as ad hoc CJA counsel pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 323, App.I, §B(3).

DATED:  July 24, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE