COURTNEY FEIN, #244785
Attorney at Law
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone/Fax:  916.382.4792
courtney_fein@yahoo.com

Attorney for Defendant
RICHARD PACLI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:12-CR-0272 WBS |
| Plaintiff, | **STIPULATION/~~PROPOSED~~ ORDER** |
| v. | Date: January 6, 2014 |
| RICHARD PACLI, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for RICHARD PACLI, that the status conference of October 21, 2013 be vacated and the matter be set for status conference on January 6, 2014.

　　　The reason for this continuance is to allow defense counsel additional time to conduct investigation as there is a newly appointed investigator on the case and witnesses who have relocated, to provide thorough advice regarding the potential consequences of a trial versus those associated with a plea of

1

guilty, and to otherwise continue defense preparation in the event that the case proceeds to trial. Based upon the foregoing, the parties agree that: (1) the failure to grant the requested continuance would deny defense counsel reasonable time necessary to prepare defendant's defense, taking into account the exercise of due diligence; and (2) time within which the trial of this matter must be commenced under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, October 17, 2013, through and including January 6, 2014, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon the need for additional time for defense preparation.

Dated: October 18, 2013         LAW OFFICES OF COURTNEY FEIN

                                By:  Courtney Fein

                                /s/ *Courtney Fein*
                                COURTNEY FEIN
                                Attorney at Law
                                Attorney for Defendant
                                RICHARD PACLI

Dated: October 18, 2013         BENJAMIN WAGNER
                                United States Attorney


                           By:  /s/ *Samuel Wong*
                                SAMUEL WONG
                                Assistant United States Attorney
                                Attorney for Plaintiff


                        ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it

2

is ordered that the October 21, 2013, status conference hearing be continued to January 6, 2014, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that the time from the date of the parties' stipulation, October 17, 2013, up to and including the January 6, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   October 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3