COURTNEY FEIN, #244785
Attorney at Law
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone/Fax:  916.382.4792
courtney_fein@yahoo.com

Attorney for Defendant
RICHARD PACLI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:12-CR-0272 WBS |
|---|---|
| Plaintiff, | **STIPULATION/~~PROPOSED~~ ORDER** |
| v. | Date:  March 17, 2014 |
| RICHARD PACLI, | Time:  9:30 a.m. |
| Defendant. | Judge:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for RICHARD PACLI, that the status conference of January 6, 2014 be vacated and the matter be set for status conference on March 24, 2014.

The reason for this continuance is to allow defense counsel additional time to conduct further investigation as recent investigation revealed the identity of another witness who has yet to be located, to counsel the defendant further about his

1

options and whether the defense investigation affects the potential outcome of the case, and to otherwise continue defense preparation in the event that the case proceeds to trial. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 24, 2014 pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  January 3, 2014        LAW OFFICES OF COURTNEY FEIN

                               By:  Courtney Fein

                               /s/ *Courtney Fein*
                               COURTNEY FEIN
                               Attorney at Law
                               Attorney for Defendant
                               RICHARD PACLI

Dated:  January 3, 2014        BENJAMIN WAGNER
                               United States Attorney

                               By:  Samuel Wong

                               /s/ *Samuel Wong*
                               SAMUEL WONG
                               Assistant United States Attorney
                               Attorney for Plaintiff

                                ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 6, 2014, status conference hearing be continued to March 24, 2014, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing

therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that the time from the date of signing of this order up to and including the March 24, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   January 3, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE