COURTNEY FEIN, #244785
Attorney at Law
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone:  (916) 382-4792

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:12-CR-0272 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW |
| vs. | ) | Date:  March 6, 2014 |
| | ) | Judge: Hon. William B. Shubb |
| RICHARD PACLI, | ) | |
| | ) | |
| Defendant | ) | |

TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA

AND/OR HIS REPRESENTATIVE:

Please take notice that COURTNEY FEIN hereby moves the court, pursuant to Local

Rule 182(d), to withdraw as attorney of record for defendant, RICHARD PACLI, for the reasons

set forth below.

Dated: March 6, 2014                    Respectfully submitted,

LAW OFFICES OF COURTNEY FEIN

/s/ *Courtney Fein*

COURTNEY FEIN
Attorney at Law

MOTION TO WITHDRAW - 1

POINTS AND AUTHORITIES

Counsel may withdraw under circumstances that the court deems appropriate pursuant to E.D. Cal. L.R. 182(d).  In addition, the State Bar of California's Rules of Professional conduct permit withdrawal of representation in certain situations where it is unreasonably difficult for effective representation to continue.  Cal. R.P.C. 3-700(C)(1)(d).  Whether to grant leave to withdraw is within the sound discretion of the court.  Hawecker v. Sorenson, 2012 U.S. Dist. LEXIS 47007 (E.D.C.A. 2012).  In considering whether to allow an attorney to withdraw from representation, the court may consider (1) the reasons why the withdrawal is sought (2) prejudice withdrawal may cause, (3) the harm withdrawal might cause to the administration of justice and (4) the degree to which withdrawal will delay the resolution of the case.  McClintic v. United States Postal Serv., 2014 U.S. Dist. LEXIS 2152 (E.D.C.A. 2014).

DECLARATION OF COURTNEY FEIN

I, Courtney Diane Fein, declare under penalty of perjury that:

1.      I am the attorney of record for defendant, RICHARD PACLI, in the above-captioned matters.

2.      I am unable to continue representing Mr. Pacli as I will be joining a new employer and will be unavailable.

3.      I am unable to continue representing Mr. Pacli effectively for other reasons that I would share in camera with the court or by the filing of a declaration under seal.

4.      On March 6, 2014, I visited Mr. Pacli in person at the Sacramento County Jail to inform him that this motion would be filed.  I also notified Mr. Pacli at a previous visit several weeks ago that this was a possibility.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.       This motion will be served on Mr. Pacli by legal mail to the Sacramento County Jail at 651 I Street, Sacramento, California, 95814.

I declare under penalty of perjury that the foregoing is true and correct.   Executed at Sacramento, California this 6th day of March, 2014.

MOTION TO WITHDRAW - 3

ORDER

Good cause having been shown pursuant to Local Rule 182(d), attorney COURTNEY FEIN is hereby relieved as attorney of record for defendant RICHARD PACLI; the motion to withdraw is hereby GRANTED.  The Office of the Federal Defender is ordered to notify the panel liaison and obtain new counsel as soon as practical.

IT IS SO ORDERED.

Dated:  March 11, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE