1  BRUCE LOCKE
2  Moss & Locke
3  800 Howe Avenue, Ste 110
4  Sacramento, California 95825
5  (916) 719-3194
6  blocke@mosslocke.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-S 12-272 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE STATUS CONFERENCE FROM MARCH 24, 2014 TO APRIL 28, 2014 AT 9:30 A.M.** |
| RICHARD PACLI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Richard Pacli by and through his defense counsel, and the United States of America. by and through its counsel, Assistant U.S. Attorney Samuel Wong, that the status conference presently set for March 24, 2014 at 9:30 a.m., should be continued to April 28, 2014 at 9:30 a.m., and that the time period from March 24, 2014 through and including April 28, 2014 shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and local Code T4 for defense preparation. The reason for the continuance is that defense counsel has only recently been appointed and he needs time to review the discovery, conduct legal research, perform factual investigation, and discuss the case with his client. Additionally, the parties are attempting to resolve the case without a trial. The parties stipulate that the Court shall find that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Mr.

1

Wong has authorized Bruce Locke to sign this pleading for him.

DATED: March 18, 2014           /S/ Bruce Locke
                                BRUCE LOCKE
                                Attorney for Richard Pacli


DATED: March 18, 2014            /S/ Bruce Locke
                                For SAMUEL WONG
                                Attorney for the United States


## ORDER

The status conference presently set for March 24, 2014 at 9:30 a.m., is hereby continued to April 28, 2014 at 9:30 a.m., and the time period from March 24, 2014 through, and including, April 28, 2014 shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to Title 18, U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation. The Court finds that (1) the failure to grant the requested continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 20, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE