1  BRUCE LOCKE
2  Moss & Locke
3  800 Howe Avenue, Ste 110
4  Sacramento, California 95825
5  (916) 719-3194
6  blocke@mosslocke.com
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD PACLI,<br><br>Defendant. | No.  CR-S 12-272 WBS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE STATUS CONFERENCE FROM APRIL 28, 2014 TO MAY 12, 2014 AT 9:30 A.M.** |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Richard Pacli by and through his defense counsel, and the United States of America. by and through its counsel, Assistant U.S. Attorney Samuel Wong, that the status conference presently set for April 28, 2014 at 9:30 a.m., should be continued to May 12, 2014 at 9:30 a.m., and that the time period from April 28, 2014 through and including May 12, 2014 shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and local Code T4 for defense preparation. The reason for the continuance is that defense counsel has only recently been appointed and he needs time to review the discovery, conduct legal research, perform factual investigation, and discuss the case with his client. Additionally, the parties are attempting to resolve the case without a trial. The parties stipulate that the Court shall find that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Mr.

1

Wong has authorized Bruce Locke to sign this pleading for him.

DATED: April 24, 2014         /S/ Bruce Locke
                              BRUCE LOCKE
                              Attorney for Richard Pacli

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: April 24, 2014   By:   /S/ Bruce Locke
                              For SAMUEL WONG
                              Attorney for the United States of America

## ORDER

The status conference presently set for April 28, 2014 at 9:30 a.m., is hereby continued to May 12, 2014 at 9:30 a.m., and the time period from April 28, 2014 through, and including, May 12, 2014 shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to Title 18, U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation.  The Court finds that (1) the failure to grant the requested continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  April 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2