BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD ANTHONY PACLI, <br><br> Defendant. | CASE NO. 2:12-CR-00272-WBS <br><br> STIPULATION AND PROTECTIVE ORDER RESTRICTING THE DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PROTECTED PRIVATE INFORMATION |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff United States of America and defendant Richard Anthony Pacli, through their respective attorneys, that the discovery documents marked "Pacli Protected Info 5001-5184" contain "Protected Private Information," within the meaning of Fed.R.Crim.P. 49.1(a), including, but not limited to, victim and witness name and address information, tax information and records, and personal identification numbers, and shall be subject to the conditions set forth in this Protective Order as described below:

1. The United States shall provide defense counsel Bruce Locke, Esq., with unredacted copies of stolen mail, checks, and state securities contained within discovery documents marked, "Pacli Protected Info 5001-5184".

2. Mr. Locke shall not provide anyone access, possession, and/or use of the unredacted copies of the discovery documents marked "Pacli Protected Info 5001-5184".

3. In the event that Mr. Locke desires to provide anyone access, possession, and/or use of copies of the discovery documents marked "Pacli Protected Info 5001-5184", Mr. Locke shall provide the prosecutors for the United States a written list of the discovery documents contained within "Pacli Protected Info 5001-5184" that he intends to disseminate and the United States shall within ten days thereafter redact any "Protected Private Information" from the document and provide the redacted documents to Mr. Locke for his use and dissemination with other persons assisting in defendant's defense.

4. In the event that Mr. Locke desires to use in any court proceeding any unredacted document that has been marked as "Pacli Protected Info 5001-5184", Mr. Locke shall either:  (1) make a proffer to the Court of the relevancy and admissibility of the "Protected Private Information" prior to introducing the document; or (2) obtain the stipulation of the United States that it is appropriate to allow the defense to use the "Protected Private Information".

5. Mr. Locke agrees to store the documents marked as "Pacli Protected Info 5001-5184" in a secure place and to use due care to ensure that information is not stolen and/or disclosed to third parties in violation of this Stipulation and Protective Order.  At the conclusion of the case, Mr. Locke agrees to return the documents marked as "Pacli Protected Info 5001-5184" to the United States.

6. Notwithstanding anything to the contrary in this Stipulation and Protective Order, Mr. Locke and defendant may use in any manner any unredacted copies of records concerning the defendant's own "Protected Private Information".

///

////

///

7. In the event that the defendant substitutes Mr. Locke with new defense counsel, Mr. Locke agrees to withhold the documents marked as "Pacli Protected Info 5001-5184" from new defense counsel unless and until substituted counsel agrees also to be bound by this Protective Order.

DATE: June 25, 2014  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

DATE: June 25, 2014  /s/ Bruce Locke
BRUCE LOCKE
Attorney for Defendant
Richard Pacli

### ORDER

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED**:

Dated: June 27, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE