BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD PACLI,<br><br>  Defendant. | 2:12-CR-00272-WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Richard Pacli by and through his defense counsel, Bruce Locke, and the United States of America, by and through its counsel, Special Assistant U.S. Attorney Peter Mularczyk, that the status conference presently set for July 21, 2014 at 9:30 a.m., should be continued to September 8, 2014 at 9:30 a.m., and that the time period from the date of this stipulation, July 17, 2014, through and including September 8, 2014, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and local Code T4 for defense preparation.

Defense counsel desires additional time to review discovery, conduct legal research and factual investigation, and discuss these matters with defendant in order to prepare defendant's defense.  In addition, the United States and the defendant are in the process of discussing and

negotiating a resolution in this case. However, the parties need additional time to consider information that has been exchanged for the purpose of reaching a disposition.

Therefore, the parties stipulate that the Court shall find that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. Mr. Locke has authorized Peter Mularczyk to sign his name to this pleading.

DATED: July 18, 2014            /s/ Bruce Locke
                                BRUCE LOCKE
                                Attorney for Richard Pacli

                                BENJAMIN B. WAGNER
                                United States Attorney

DATED: July 18, 2014            By: /s/ Peter M. Mularczyk
                                PETER MULARCZYK
                                Special Assistant U.S. Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The status conference presently set for July 21, 2014 at 9:30 a.m., is hereby continued to September 8, 2014 at 9:30 a.m., and the time period from the date of the parties' stipulation, July 17, 2014, through and including the new status conference date of September 8, 2014, shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to Title 18, U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation. The Court finds that (1) the failure to grant the requested continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: July 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE