| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | SAMUEL WONG |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00272-WBS |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER RESTRICTING THE DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PROTECTED PRIVATE INFORMATION |
| v. | |
| RICHARD ANTHONY PACLI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff United States of America and defendant Richard Anthony Pacli, through their respective attorneys, that the discovery documents marked "Pacli_Protected_Info-5185-5236" contain "Protected Private Information," within the meaning of Fed.R.Crim.P. 49.1(a), including, but not limited to, victim and witness name and address information, tax information and records, and personal identification numbers, and shall be subject to the conditions set forth in this Protective Order as described below:

1. The United States shall provide defense counsel Bruce Locke, Esq., with unredacted copies of stolen mail, checks, and state securities contained within discovery documents marked, "Pacli_Protected_Info-5185-5236".

2. Mr. Locke shall not provide anyone access, possession, and/or use of the unredacted copies of the discovery documents marked "Pacli_Protected_Info-5185-5236".

Stipulation and Proposed Protective Order                1

     3.     In the event that Mr. Locke desires to provide anyone access, possession, and/or use of copies of the discovery documents marked "Pacli_Protected_Info-5185-5236", Mr. Locke shall provide the prosecutors for the United States a written list of the discovery documents contained within "Pacli_Protected_Info-5185-5236" that he intends to disseminate and the United States shall within ten days thereafter redact any "Protected Private Information" from the document and provide the redacted documents to Mr. Locke for his use and dissemination with other persons assisting in defendant's defense.

     4.     In the event that Mr. Locke desires to use in any court proceeding any unredacted document that has been marked as "Pacli_Protected_Info-5185-5236", Mr. Locke shall either: (1) make a proffer to the Court of the relevancy and admissibility of the "Protected Private Information" prior to introducing the document; or (2) obtain the stipulation of the United States that it is appropriate to allow the defense to use the "Protected Private Information".

     5.     Mr. Locke agrees to store the documents marked as "Pacli_Protected_Info-5185-5236" in a secure place and to use due care to ensure that information is not stolen and/or disclosed to third parties in violation of this Stipulation and Protective Order.  At the conclusion of the case, Mr. Locke agrees to return the documents marked as "Pacli Protected Info 5001-5236" (includes previously produced protected discovery) to the United States.

     6.     Notwithstanding anything to the contrary in this Stipulation and Protective Order, Mr. Locke and defendant may use in any manner any unredacted copies of records concerning the defendant's own "Protected Private Information".

///

////

///

7.      In the event that the defendant substitutes Mr. Locke with new defense counsel, Mr. Locke agrees to withhold the documents marked as "Pacli_Protected_Info-5001-5236" (includes previously produced protected discovery) from new defense counsel unless and until substituted counsel agrees also to be bound by this Protective Order.

DATE: November 23,, 2015        BENJAMIN B. WAGNER  
                                    United States Attorney

                              /s/ Samuel Wong  
                        By: _____  
                              SAMUEL WONG  
                              Assistant United States Attorney

DATE: November 23, 2015        /s/ Bruce Locke  
                                    BRUCE LOCKE  
                                    Attorney for Defendant  
                                    Richard Pacli  
                                    (By email authorization)

## ORDER

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, it is HEREBY ORDERED as follows:

1.      The United States shall provide defense counsel Bruce Locke, Esq., with unredacted copies of stolen mail, checks, and state securities contained within discovery documents marked, "Pacli_Protected_Info-5185-5236".

2.      Mr. Locke shall not provide anyone access, possession, and/or use of the unredacted copies of the discovery documents marked "Pacli_Protected_Info-5185-5236".

3.      In the event that Mr. Locke desires to provide anyone access, possession, and/or use of copies of the discovery documents marked "Pacli_Protected_Info-5185-5236", Mr. Locke shall provide the prosecutors for the United States a written list of the discovery documents contained within "Pacli_Protected_Info-5185-5236" that he intends to disseminate and the United States shall within ten days thereafter redact any "Protected Private Information" from the

document and provide the redacted documents to Mr. Locke for his use and dissemination with other persons assisting in defendant's defense.

    4.    In the event that Mr. Locke desires to use in any court proceeding any unredacted document that has been marked as "Pacli_Protected_Info-5185-5236", Mr. Locke shall either: (1) make a proffer to the Court of the relevancy and admissibility of the "Protected Private Information" prior to introducing the document; (2) obtain the stipulation of the United States that it is appropriate to allow the defense to use the "Protected Private Information"; or (3) move the court for permission to use the unredacted document.

    5.    Mr. Locke agrees to store the documents marked as "Pacli_Protected_Info-5185-5236" in a secure place and to use due care to ensure that information is not stolen and/or disclosed to third parties in violation of this Stipulation and Protective Order. At the conclusion of the case, Mr. Locke agrees to return the documents marked as "Pacli Protected Info 5001-5236" (includes previously produced protected discovery) to the United States.

    6.    Notwithstanding anything to the contrary in this Stipulation and Protective Order, Mr. Locke and defendant may use in any manner any unredacted copies of records concerning the defendant's own "Protected Private Information".

    7.    In the event that the defendant substitutes Mr. Locke with new defense counsel, Mr. Locke agrees to withhold the documents marked as "Pacli_Protected_Info-5001-5236" (includes previously produced protected discovery) from new defense counsel unless and until substituted counsel agrees also to be bound by this Protective Order.

    8.    Any interested party may move for modification of this Protective Order at any time.

Dated: November 25, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE