| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772 |
| 5 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-272-WBS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING DATE |
| v. | Court: Hon. William B. Shubb |
| RICHARD PACLI, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between plaintiff United States of America, on the one hand, and defendant Richard Pacli, on the other hand, through their respective undersigned counsel that: (1) the currently scheduled February 1, 2016, sentencing hearing shall be continued to February 16, 2016, at 9:00 a.m.; (2) any sentencing memorandum that the United States desires to file shall be filed by February 9, 2016.

BENJAMIN B. WAGNER

United States Attorney

Dated: January 29, 2016

By: */s/ Samuel Wong*
_____
SAMUEL WONG
Assistant United States Attorney
Attorney for Plaintiff
United States of America

STIPULATION & ORDER EXTENDING
BRIEFING SCHEDULE

1

*/s/Bruce Locke*
(per email authorization)

Dated:  January 29, 2016

_____
BRUCE LOCKE
Attorney for Defendant
Richard Pacli

## ORDER

The Court, having received, read, and considered the stipulation of the parties and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The currently scheduled February 1, 2016, sentencing hearing is hereby continued to February 16, 2016, at 9:00 a.m., and any sentencing memorandum that the United States desires to file shall be filed by February 9, 2016.

IT IS SO ORDERED.

Dated:  January 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER EXTENDING
BRIEFING SCHEDULE

2